# CERTIFICATE OF SERVICE

I, <u>Jonathan S. Feldman</u>, certify that service of this summons, a copy of the complaint, a copy of the Pretrial/Trial Order (DE 3), and a copy of the Order Establishing Uniform Mediation Procedures (DE 861, Main Case) was made <u>10/18/2019</u> by:

✗ Mail Service: Regular, first class United States mail, postage fully pre−paid, addressed to:

Surface Quest, LLC                          Jean Munroe
4238 Oakleyus CT A                       42610 Beckett Ter
Richmond, VA 23223                      Ashburn, VA 20148-7347

Personal Service:

☐   By leaving the process with defendant or with an officer or agent of defendant at:

☐   Residence Service: By leaving the process with the following adult at:

☐   Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐   Publication: The defendant was served as follows: [Describe briefly]

☐   State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: <u>  10/18/2019              </u>          Signature: <u>*/s/ Jonathan S. Feldman*              </u>

| Print Name: Jonathan S. Feldman, Esq., for Plaintiff (12682) |
| --- |
| Address: 200 S. Andrews Ave., Suite 600 |
| City: Ft. Lauderdale          State: FL          Zip: 33301 |