**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

1 Global Capital LLC, *et al.*,
     Debtors.
_____/

Chapter 11
Case No. 18-19121-RAM
(Jointly Administered)

1 Global Capital LLC,

     Plaintiff,
v.

Surface Quest, LLC and Jean Ah Munroe,

     Defendants.
_____/

Adv. Case No. 19-01771-RAM

**CERTIFCATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the Amended Omnibus Order Resetting Pretrial Conferences was served on November 5, 2019 via U.S. Mail upon all parties listed on the attached Service List.

Dated: November 5, 2019

PERLMAN, BAJANDAS, YEVOLI & ALBRIGHT, P.L.
*Special Litigation Counsel to the Debtors in Possession*
283 Catalonia Avenue, Suite 200
Miami, Florida 33134
Telephone: 305.377.0086
Facsimile: 305.377.0781
By: /s/ Jonathan S. Feldman
Jonathan S. Feldman
Florida Bar No. 12682
jfeldman@pbyalaw.com
Darla Grondin
Florida Bar No. 99421
dgrondin@pbyalaw.com
*Attorneys for Plaintiff*

**SERVICE LIST**

Surface Quest, LLC
4238 Oakleyus Ct. A
Richmond, VA 23223

Jean Ah Munroe
42610 Beckett Ter
Ashburn, VA 20148-7347